Pearl St. Parking Assoc. LLC v County of Erie (2023 NY Slip Op 04897)

Pearl St. Parking Assoc. LLC v County of Erie

2023 NY Slip Op 04897

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: SMITH, J.P., LINDLEY, CURRAN, AND BANNISTER, JJ. (Filed Sept. 29, 2023.) 

MOTION NO. (163/22) CA 21-00961.

[*1]PEARL STREET PARKING ASSOCIATES LLC, AND VIOLET REALTY, INC., DOING BUSINESS AS MAIN PLACE LIBERTY GROUP, PLAINTIFFS-RESPONDENTS-APPELLANTS, 
v
COUNTY OF ERIE, MARK C. POLONCARZ, WILLIAM GEARY, DEFENDANTS-APPELLANTS-RESPONDENTS, CITY OF BUFFALO, DEFENDANT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.